**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Freddie C Batchelor
(Please print)

STREET ADDRESS: 7943 S Marquette #128

CITY/STATE/ZIP: Chgo, IL 60617

PHONE NUMBER: 708-829-2349

CASE NUMBER: 08CV1658
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

Signature: [signed]
Date: 03/21/08