

FILED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ms. Freddie C Batchelor
_____
Plaintiff

US Dept of HUD
Alfonzo Jackson, et/
Washington, DC
_____
Defendant(s)

08CV1658
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, Freddie C Batchelor, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐Yes  ☒No  (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 05-2004 (Forced Constructive Retirement due to) injury
      Monthly salary or wages: $98,000 A Yr
      Name and address of last employer: US Dept-HUD Departmental Enforcement Ctr

   b. Are you married?  ☐Yes  ☒No   widowed husband disabled veteran
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                    ☐Yes  ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes    ☐No
Amount *$2000 a month* Received by *OPM Civil Svc*

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount: *–162.00*
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
*Two Children that are in College,*
*Jesus Betancur, Theodore Betancur II*
*They are Adults but I assist them.*
*They are students.*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3/21/08

_____
Signature of Applicant

Freddie C. Batchelor
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                                                     SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

Ms. Freddie C Batchelor

March 21, 2008

Statement Made in Support of Application to File Complaint with fee waiver

I have attempted rigorously to find an attorney to take this case. I have tried to get Equal Access to Justice.

Please note the following:

Ms. Freddie Batchelor experienced a traumatic injury at work March 16, 2004, income was lost. She did not return but was forced to take a constructive retirement. In June, 2004 Ms. Batchelor's husband died of septic cancer in the body. In 2005 Ms. Batchelor was forced to file bankruptcy because of all the trouble she was experiencing with officials at HUD and their retaliatory actions. Prior to this Ms. Batchelor was ill in 1996 through 1997. She was without income wages for two years. In 2005 Ms. Batchelor discovered that someone had attempted to steal her identity. She has been dealing with this for four years and still has not recovered. Ms. Batchelor bank accounts were compromised. Additionally Ms. Batchelor recently had a business failure.

Ms. Batchelor has no assets nothing but debt and liabilities since 1996 and her first encounter of illness at HUD 77 West Jackson throughout 2007. Financially Ms. Batchelor has not recovered and is financially destitute after all of what happened in the past ten years. Her bank account is a – (162.00).