# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1658 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Batchelor vs. US Dept. of Housing & Urban Devel. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis is granted [4]. Plaintiff's motion for appointment of counsel is denied without prejudice to renewal after defendant respond to the complaint [5]. The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for a status hearing on 6/12/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). If plaintiff fails to appear at that time, the case may be dismissed for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-01658 Document 8 Filed 04/07/2008 Page 1 of 1

08C1658 Batchelor vs. US Dept. of Housing & Urban Devel. Page 1 of 1