UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDDIE C. BATCHELOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 1658 |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Judge Kennelly |
| HOUSING & URBAN DEVELOPMENT, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Gina E. Brock
    GINA E. BROCK
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-7919
    Gina.Brock@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on April 23, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                s/ Gina E. Brock
                GINA E. BROCK
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-7919