UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDDIE C. BATCHELOR,               ) <br> ) <br> Plaintiff,     ) <br> ) <br> v.                                                  ) <br> ) <br> UNITED STATES DEP'T OF HOUSING & ) <br> URBAN DEVELOPMENT SECRETARY,  ) <br> ALFONZO JACKSON,                           ) <br> ) <br> Defendant.      ) | No. 08 C 1658 <br><br> Judge Kennelly |

## NOTICE OF MOTION

TO:   Freddie C. Batchelor
      7943 S. Marquette Ave.
      Apt. 2B
      Chicago, Illinois 60617

     PLEASE TAKE NOTICE that on Thursday, June 12, 2008, at 9:30 a.m., I shall appear before Judge Kennelly in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, at which time and place you may appear if you see fit.

                                  Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                  United States Attorney

                                By:  s/ Gina E. Brock
                                    GINA E. BROCK
                                    Assistant United States Attorney
                                    219 South Dearborn, etc.
                                    Chicago, Illinois 60604
                                    (312) 353-7919
                                    Gina.Brock@usdoj.gov

## **CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

  NOTICE OF MOTION

  DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  DEFENDANT'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS

  NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail on June 9, 2008, to the following non-ECF filers:

  Freddie C. Batchelor
  7943 S. Marquette Ave.
  Apt. 2B
  Chicago, Illinois 60617

      By: s/ Gina E. Brock
        GINA E. BROCK
        Assistant United States Attorney
        219 South Dearborn, etc.
        Chicago, Illinois 60604
        (312) 353-7919