**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Freddie C. Batchelor
        Plaintiff,

v.              Case No.: 1:08–cv–01658
              Honorable Matthew F. Kennelly

Alonzo Jackson
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/12/2008 and continued to 8/14/2008 at 09:30 AM. Response to motion for summary judgment due 7/10/2008, and reply brief by 7/24/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.