UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDDIE C. BATCHELOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 1658 |
| | ) |
| UNITED STATES DEP'T OF HOUSING & | ) |
| URBAN DEVELOPMENT SECRETARY, | ) Judge Kennelly |
| ALFONZO JACKSON, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

  REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
  JUDGMENT

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail on July 21, 2008, to the following non-ECF filers:

  Freddie C. Batchelor
  7943 S. Marquette Ave.
  Apt. 2B
  Chicago, Illinois 60617

        By: s/ Gina E. Brock
          GINA E. BROCK
          Assistant United States Attorney
          219 South Dearborn, etc.
          Chicago, Illinois 60604
          (312) 353-7919
          Gina.Brock@usdoj.gov