**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Freddie C. Batchelor
                Plaintiff,

v.                                           Case No.: 1:08–cv–01658
                                                Honorable Matthew F. Kennelly

Alonzo Jackson
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 9/8/2008 and continued to 10/15/2008 at 09:30 AM. Plaintiff has to and including 10/9/2008 to file an amended complaint. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.